UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMIE STRONG II,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No.  C08-5120FDB
CR06-5308FDB

ORDER REQUIRING ANSWER

This matter is before the Court on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  NOW, THEREFORE,

IT IS ORDERED:

1. If not already accomplished, the Clerk shall arrange for service upon the United States Attorney copies of the 2255 motion and of all documents in support thereof;

2. The United States shall file and serve its Answer pursuant to Rule 5 of the Rules governing 2255 matters not later than May 29,22008, and use both the civil and criminal case numbers as set forth in this order;

3. Any reply shall be filed and served not later than June 26, 2008.

4. The Clerk shall note the motion for Friday, June 27, 2008.

DATED this 21st day of April, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1